## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES                          *
                                       *
            v.                         *            CASE NO.  20-MJ-8179 (JAD)
                                       *
KATINA MEROPI STAMAT                   *
                                       *
                                    *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

    [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video

    teleconferencing capability.

    [ ]   Other:

Date:  6/22/20

                                       *s/Joseph A. Dickson*
                                       Honorable Joseph A. Dickson
                                       United States Magistrate Judge